CLOSED

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIOUS HENDERSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a business organization form unknown; and DOES 1 to 10, Inclusive, <br><br> Defendants. | CASE NO. CV 09-03460 DDP (ARGx). <br><br> **ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Stipulation to Dismiss this Action and for good cause showing,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice.
2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  November 01, 2010

By: _____
United States District Judge

-1-
[PROPOSED] ORDER TO DISMISSING THE ENTIRE ACTION WITH PREJUDICE